## STATE OF CONNECTICUT *v.* CEDRIC L. BURDEN
### (12258)

HEIMAN, SCHALLER and FREEDMAN, Js.

Submitted on briefs September 13—decision released October 4, 1994

*Gary J. White,* assistant public defender, filed a brief for the appellant (defendant).

*James M. Ralls,* assistant state's attorney, *Eugene Callahan,* state's attorney, and *Robert Katz,* assistant state's attorney, filed a brief for the appellee (state).

PER CURIAM. The judgment is affirmed.